```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                       February 13, 2017

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY:      VPC      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS FOX,<br><br>        Plaintiff,<br><br>v.<br><br>SMARSH, INC., a New York Corporation, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:15–cv–9414–SJO(SPx)<br><br>**JUDGMENT AWARDING PLAINTIFF DENNIS FOX ATTORNEY'S FEES AND COSTS**<br><br>Date:        February 13, 2017<br>Courtroom:   10C<br>District Judge:  Hon. S. James Otero |

      The matter of attorney's fees and costs came before the court on written motion by Plaintiff Dennis Fox ("Plaintiff") filed on December 9, 2016. The Court, having found this matter suitable for disposition without oral argument, vacated the hearing set for January 30, 2017.

      The Court has read the Motion papers, including any supporting declarations, opposition, and reply filed by the parties.

**IT IS HEREBY ADJUDGED** that Plaintiff should recover from Defendant Smarsh, Inc. $2,495.54 in attorney's fees, and that Plaintiff should recover from Defendant Smarsh, Inc. $1,957.94 in costs, for a total recovery of $4,453.48.

DATED: February 13, 2017

*S. James Otero*
_____
Hon. S. James Otero
Judge, United States District Court

JUDGMENT AWARDING PLAINTIFF ATTORNEY'S FEES AND COSTS